IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA

vs.

Brandon Clint Russell

Case No. 23-cr-00056-JKB-2

\*\*\*\*\*\*

## ORDER OF DETENTION BY AGREEMENT

A hearing, having been held on this date, at which the defendant was represented by __Kobie Flowers (Ret. Counsel)__, and the Government was represented by Assistant United States Attorney __Kathleen Gavin (AUSA)__, it is

**ORDERED,** this __10th__ day of __March__, __2023__, that the above-named defendant be, and the same hereby is, DETAINED by agreement of the parties without prejudice to either side requesting a prompt hearing to set appropriate conditions of release or otherwise address the detention of the defendant.

Beth P. Gesner
United States Magistrate Judge