1:23-CR-56-JKB

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

United States of America
v.

Sarah Beth CLENDANIEL

*Defendant*

Case No. 23-mj-00401-MJM

USDC- BALTIMORE
'23 APR 20 PM 1:17

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Sarah Beth Clendaniel ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. 1366 (Conspiracy to Destroy an Energy Facility)

Date: 2 2 23

*Issuing officer's signature*

City and state:   Baltimore, Maryland

Hon. Matthew J. Maddox, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 2/2/23 , and the person was arrested on *(date)* 2/3/23
at *(city and state)* Baltimore, Maryland .

Date: 2/3/23

*Arresting officer's signature*

Special Agent TerryAnn Burns
*Printed name and title*