IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

|  |  |  |
|---|---|---|

UNITED STATES OF AMERICA          *

    v.          *          CRIM. NO.  JKB-23-0056

SARAH BETH CLENDANIEL et al.,          *

    Defendants.          *

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

## ORDER

The Court held a telephone scheduling conference in this matter on July 7, 2023.  For the reasons discussed during that conference, and upon the request of counsel for each Defendant that the Court postpone entry of a scheduling order, it is hereby ORDERED that an additional telephone scheduling conference will be held on Thursday, August 10, 2023, at 3:30 p.m., during which the Court anticipates setting deadlines for close of discovery and Defendants' pretrial motions, a pretrial motions hearing, and potentially a trial date.  Counsel for the Government are directed to arrange for and distribute conference call information to counsel and Judge Bredar's chambers.

Dated this ___7___ day of July, 2023.

BY THE COURT:

_James K. Bredar_
James K. Bredar
Chief Judge

1