IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : CRIMINAL NO. JKB-23-0056 |
| SARAH BETH CLENDANIEL, et al., | : |
| Defendants. | : |

...oOo...

## ORDER

Upon consideration of the Government's Fifth Motion for Order Regarding Speedy Trial Status, it is this 1 day of Sept, 2023,

**FOUND**; pursuant to 18 U.S.C. § 3161(c)(1) § 3161(h)(1)(D), that the computation of the period of time in which the defendants must be tried began on March 22, 2023; and it is further

**FOUND**; that the ends of justice will be served by excluding the time from March 22, 2023, until December 12, 2023, in calculating the time period in which the defendants must be tried, and outweigh the best interest of the public in a speedy trial, in that:

1. Under the provisions of the Speedy Trial Act, the Court may continue a defendant's trial beyond the seventy-day period if the interests of justice served by such a delay outweigh the interests of the defendant, and the public, in a speedy trial.

2. The parties are actively engaged in discovery, which is voluminous. At a status conference held on August 10, 2023, the defense requested an additional time in which to review that discovery and assess whether to proceed to trial or seek a pretrial resolution. This Court granted that request, set in deadlines for the production of discovery and the filing of

1

pretrial motions and scheduled another status conference for December 12, 2023.

3. A plea disposition in this case would serve the interests of justice because it would allow the parties to enter into a mutually acceptable and beneficial disposition and would also preserve the resources that might otherwise be expended in a trial. Additional time is also needed to allow the defense, in the exercise of due diligence, to review the voluminous electronic discovery and effectively prepare for trial. Accordingly, the interests of justice served by such a delay do outweigh the interests of the defendant and the public in a speedy trial, thereby satisfying the requirements of 18 U.S.C. § 3161(h)(7).

It is therefore **ORDERED**, that the Government's Fifth Motion for Order Regarding Speedy Trial Status shall be, and the same hereby is, **GRANTED**; and it is further

**ORDERED**, that pursuant to 18 U.S.C. §3161(h)(7), the period of time between March 22, 2023, and December 12, 2023, shall be, and the same hereby is, **EXCLUDED** from the computation of time in which the defendants must be tried on the Indictment.

_____
James K. Bredar
Chief United States District Judge