IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA,

CASE NO.: 1:23-CR-00056-JKB

vs.

BRANDON CLINT RUSSELL,

_____/

### DEMAND FOR DISCLOSURE OF EXPERT WITNESS SUMMARIES

COMES NOW the defendant, BRANDON CLINT RUSSELL, by and through his undersigned counsel, and pursuant to Fed. R. Crim. P. 16(a)(1)(G) demands that the government provide him with a written summary of any testimony that the government reasonably expects to offer at trial under Rules 702, 703, or 705 of the Federal Rules of Evidence.  As to each potential expert witness, Mr. RUSSELL demands the government disclose the expert's name, provide the expert's present employment, describe the witness's qualifications, describe the witness's opinion, and describe the bases and reasons for the opinion.

Dated: November 22, 2023          Respectfully submitted,

**/s/ Ian J. Goldstein**
Ian J. Goldstein (Admitted *pro hac vice*)
ian@iangoldsteinlaw.com
LAW OFFICES OF IAN GOLDSTEIN P.A.
330 Clematis Street, Suite 209
West Palm Beach, FL 33401
Tel: (561) 600-0950

**/s/Kobie A. Flowers**
Kobie A. Flowers (Bar No. 16511)
kflowers@browngold.com
Brown, Goldstein & Levy, LLP
120 E. Baltimore Street, Suite 2500
Baltimore, Maryland 21202
Tel: (410) 962-1030

1

            Counsel for Brandon Russell

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was electronically filed via CM/ECF which will serve all parties of record on this 22nd day of November, 2023.

            Respectfully submitted,

            **/s/ Ian J. Goldstein**
            Ian J. Goldstein (Admitted *pro hac vice*)
            ian@iangoldsteinlaw.com
            LAW OFFICES OF IAN GOLDSTEIN P.A.
            330 Clematis Street, Suite 209
            West Palm Beach, FL 33401
            Tel: (561) 600-0950