IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA,

CASE NO.: 1:23-CR-00056-JKB

vs.

BRANDON CLINT RUSSELL,

_____/

**AMENDED**
**DEMAND FOR DISCLOSURE OF EXPERT WITNESS SUMMARIES**

COMES NOW the defendant, BRANDON CLINT RUSSELL, by and through his undersigned counsel, and pursuant to Fed. R. Crim. P. 16(a)(1)(G) demands that the government provide him with a written summary of any testimony that the government reasonably expects to offer at trial under Rules 702, 703, or 705 of the Federal Rules of Evidence. As to each potential expert witness, Mr. RUSSELL demands the government disclose the expert's name, provide the expert's present employment, describe the witness's qualifications, describe the witness's opinion, and describe the bases and reasons for the opinion.

By way of Amendment, the defense notes that it is not expecting an immediate response to this demand. As previously agreed by the parties in the Rule 16.1 teleconference on February 27, 2023, the government is not yet providing notification regarding experts pursuant to Rule 16(a)(1)(G). The parties will agree upon a disclosure date for experts once a trial date is scheduled.

Dated: December 4, 2023            Respectfully submitted,

**/s/ Ian J. Goldstein**
Ian J. Goldstein (Admitted *pro hac vice*)
ian@iangoldsteinlaw.com
LAW OFFICES OF IAN GOLDSTEIN P.A.

1

330 Clematis Street, Suite 209
West Palm Beach, FL 33401
Tel: (561) 600-0950

**/s/Kobie A. Flowers**
Kobie A. Flowers (Bar No. 16511)
kflowers@browngold.com
Brown, Goldstein & Levy, LLP
120 E. Baltimore Street, Suite 2500
Baltimore, Maryland 21202
Tel: (410) 962-1030

Counsel for Brandon Russell

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was electronically filed via CM/ECF which will serve all parties of record on this 4th day of December, 2023.

Respectfully submitted,

**/s/ Ian J. Goldstein**
Ian J. Goldstein (Admitted *pro hac vice*)
ian@iangoldsteinlaw.com
LAW OFFICES OF IAN GOLDSTEIN P.A.
330 Clematis Street, Suite 209
West Palm Beach, FL 33401
Tel: (561) 600-0950