IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **UNITED STATES OF AMERICA** | * |
| v. | * |
| | Crim. No. JKB-23-0056 |
| **BRANDON CLINT RUSSELL,** | * |
| **Defendant.** | * |
| | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

The Court held a Hearing in this case on February 2, 2024. For the reasons stated in open court it is ORDERED that:

1. Defendant Brandon Clint Russell's Motion for a Bill of Particulars (ECF No. 65) is DENIED.

2. The Parties SHALL meet and confer regarding the electronic discovery issues discussed on the record.

3. Kobie Flowers, local counsel for Mr. Russell, is hereby EXCUSED from personally attending further proceedings in this case, pursuant to Local Rule 101.1(b); this ruling is subject to Mr. Flowers remaining available during all proceedings via telephone.

DATED this __2__ day of February, 2024.

BY THE COURT:

_____
James K. Bredar
Chief Judge

1