IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| v. | * Criminal No. JKB-23-0056 |
| SARAH BETH CLENDANIEL, et al. | * |
| Defendants | * |
| | *** |

## ORDER

This case is set in for a JURY TRIAL to begin on Monday, July 8, 2024, and concluding on or about Friday, July 26, 2024. The Court notes the development of a scheduling issue that will not permit the trial to proceed on July 16, 17, and 18. In light of this development, the Court extends the schedule for this trial with it now set to end on or about Wednesday, July 31, 2024. Counsel should consult their schedules and plan accordingly.

Dated this 29 day of February, 2024.

BY THE COURT:

_____
James K. Bredar
Chief Judge