# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : CRIMINAL NO. JKB-23-0056 |
| SARAH BETH CLENDANIEL | : |
| and | : |
| BRANDON CLINT RUSSELL, | : |
| Defendants. | |

...oOo...

## ORDER

Having read and considered the Government's Motion For Permission to Provide a Redacted Copy of the Court's Order of June 27, 2023 to Defense Counsel, it is this 10 day of May, 2024:

ORDERED, that the government's Motion shall be, and the same hereby is **GRANTED**; and it is further

ORDERED that the government may provide a redacted copy of the Court's Order of June 27, 2023, containing the two redactions requested by the government in its motion.

_____
Honorable James K. Bredar
Senior United States District Judge