IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | CRIM. NO. JKB-23-0056 |
| BRANDON CLINT RUSSELL, | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

**ORDER**

Upon an unopposed request from the Government, the Court sets in a *Lafler/Frye* Hearing for 10:00 a.m. on June 27, 2024. Counsel for the Government is directed to prepare the appropriate notices and come up.

DATED this __20__ day of June, 2024.

BY THE COURT:

_____
James K. Bredar
United States District Judge