

**U.S. Department of Justice**

*United States Attorney*
*District of Maryland*

---

*Kathleen O. Gavin*                    Suite 400                           *DIRECT: 410-209-4887*
*Assistant United States Attorney*
*Chief, National Security and Cybercrime*   36 S. Charles Street            *MAIN: 410-209-4800*
*Kathleen.Gavin@usdoj.gov*             Baltimore, MD 21201-3119             *FAX: 410-962-3091*

September 9, 2024

Honorable James K. Bredar
Senior United States District Judge
    for the District of Maryland
100 West Lombard Street
Baltimore, MD 21201
mdd_JKBChambers@mdd.uscourts.gov

Re: *United States v. Sarah Beth Clendaniel*
    Criminal No. JKB-23-0056

Dear Judge Bredar:

    Pursuant to the Court's Sentencing Order (ECF 95), I am writing to advise your Honor that the government expects to call three witnesses to testify at the sentencing hearing in the above-referenced matter. The hearing is currently scheduled for September 25, 2024, at 10 a.m.

    1.    <u>Denver Gallardy</u>. Mr. Gallardy is a terminal ballistics expert who will testify about his analysis, conclusions and expert opinion regarding the likelihood that the bullets that the defendant intended to fire at the targeted transformers would have penetrated the transformer walls. Mr. Gallardy's report, explaining the information he used, his analysis and opinions, is attached as Exhibit 2 to the Government's Sentencing Memorandum, which was filed simultaneously with this letter.

    2.    <u>Patrick Carberry</u>. Mr. Carberry is the Senior Manager of Substation Engineering Design and Standards for Baltimore Gas and Electric. Mr. Carberry will testify about the composition and thickness of the targeted transformer walls. He will also testify that the penetration of a bullet through the wall of a transformer, or even if a piece of the interior of the wall came loose due to the impact of a bullet, would cause the permanent failure of the transformer. Finally, he will testify about the estimated cost to purchase new transformers at each of the targeted substations. Mr. Carberry's report is Exhibit 3 to the Government's Sentencing Memorandum.

    3.    <u>FBI Special Agent Terryann Burns.</u> Special Agent Burns will testify that she measured the distances from the exterior fence to the transformers at the targeted substations. Those distances were then provided to Mr. Gallardy to use in conducting his analysis. As the

case agent, Special Agent Burns also will testify, if needed, in response to any matters that may be raised by the defendant in her sentencing memorandum or by the Court.

      I anticipate that the direct testimony of these three witnesses should take less than one hour.

      I am available at the Court's convenience if further information is required.

      Very truly yours,

      Erek L. Barron
      United States Attorney

      Kathleen O. Gavin
      Assistant United States Attorney

cc: Sedira Banan, Esquire
    Adam Smith, U.S.P.O.