Exhibit 2

References:

1. P. Parfomak. *Physical Security of the U.S. Power Grid: High-Voltage Transformer Substations.* Congressional Research Service, June 2014
2. T. Ehlers, L. Magness. *Small Caliber Terminal Ballistic Characterization Behind Intermediate Barriers.* 2008 Warheads & Ballistics Classified Symposium, Monterey, CA, 11–14 February 2008.*
3. G. Holloway. *Empirical Limit Velocity Equations for Small Caliber Ball Projectiles Versus Mild Steel Targets.* BRL-MR-2132; Ballistic Research Laboratory: Aberdeen Proving Ground, MD, October 1971.**
4. C. Haight, K. McNamara, M. Courtney. *Does V50 Depend on Armor Mass?.* DFRL, USAF Academy, CO, May 2012.
5. MIL-STD-662F. *V50 Ballistic Test for Armor.* Aberdeen Proving Ground (MD): Army Research Laboratory (US); 1997 Dec 18.
6. C. Grabarek. *An Armor Penetration Predictive Scheme for Small Arms AP Ammunition.* BRL-MR-2620; Ballistic Research Laboratory: Aberdeen Proving Ground, MD, April 1976.**

   *US Govt and their contractors
   **US Govt only

Information provided:

1. Smith & Wesson M&P 10 or similar style semi-automatic rifle using .308 and/or 7.62 ammunition.
2. Material specifications from the energy company for the 3 different transformer walls

   a. 0.375" (9.53 mm) tank wall thickness, A36 grade 50 steel
   b. 8 mm tank wall thickness, s355J2 vlg EN 10025 steel
   c. 12 mm tank wall thickness, SS400 steel
3. Various distances from facility entrances to transformers

Background:

Before the information was provided on the transformer walls, reference 1 was consulted and a protective 5/8"-3/4" mild steel tank was a reasonable assumption for an initial data search. Additionally, a Smith & Wesson M&P 10 would be similar to a M14 military rifle, and M80 ball ammunition would be the most easily accessible ammunition to a civilian that the military would have tested.

A common metric used to define a material's ballistic resistance to a particular projectile is called a $V_{50}$. It is expressed as $V_p$, where p is the percent probability of a complete penetration (CP) of the armor by the projectile at a specific striking velocity. Therefore, the $V_{50}$ is the striking velocity of a projectile at which there is a 50-percent probability of a CP of the armor by the threat projectile. Typically, a 0.51-mm (0.020 inch) 2024 T3 Al witness plate is positioned 152 mm (6 inches) behind the target to determine the outcome of each shot. An impact is regarded as a CP, or loss, if the projectile or a resulting target fragment, like spall, creates a hole in the witness plate allowing light to pass through. This accounts for scenarios where the impact velocity may be close to the $V_{50}$ where the bullet may stop in the target plate, but damaging target material may still be ejected from the back of the target. If an impact does not result in a CP, it is considered a partial penetration (PP), or

win. The $V_{50}$ is calculated by the arithmetic mean of an equal number of CPs and PPs within an 18-m/s (60 ft/s) spread for a 2 + 2 $V_{50}$, a 27-m/s (90 ft/s) spread for a 3 + 3 $V_{50}$, and as small of a spread as attainable for a 5 + 5 $V_{50}$. The data is collected by varying the propellant load in the bullet cartridge to obtain the desired velocity. If a CP is obtained the propellant load is decreased for the next shot and if a PP is obtained the propellant load is increased. This patten is continued splitting the difference between the lowest CP and highest PP until the stopping conditions are met.

Another term used in this report is the concept of obliquity. This is the angle between the trajectory of the bullet and line that is normal (perpendicular) to the face of the target. This is illustrated in Figure 1 with an obliquity of 30° used as an example.



Figure 1. Example of Obliquity

Analysis:

The literature review (ref 2-4) returned data points for the M80 ball shot into mild steel in the 6.35 – 9.53mm range, which was initially thought to be thinner than our area of interest but turned out to be within the range provided by the energy company later.

The M80 ball terminal data were extracted from the reports (ref 2-4). The typical velocity for the M80 at various ranges from a target (ref 5) was also extracted and everything is plotted in Figure 2. All the data were assumed to be part of the same dataset and a best fit curve have been drawn through the points. Additionally, because one of the $V_{50}$s was generated at ARL, I was able to retrieve the data for the individual shots used to make up the $V_{50}$. From those data I was able to calculate the standard deviation on the $V_{50}$. While the $V_{50}$ is a convenient and easy metric to collect experimentally, it is sometimes difficult to make decisions with it as it is the velocity where there is a 50% chance of penetration. Basic statistics dictates that by adding 3 standard deviations to the $V_{50}$, we obtain the $V_{995}$ or the velocity at which 99.5% of the bullets impacting would penetrate. This is indicated by the green curve in Figure 2. It should be noted that since the standard deviation was only available for one point, it was assumed the same for the remaining points to offset the curve.



Figure 2. 0° Obliquity $V_{50}$ of the M80 ball impacting mild steel.

Figure 2. shows the performance for and bullet impact at 0° obliquity. This is the "worst case" situation as the bullet is impacting the steel perpendicular to the plate and therefore must penetrate the smallest amount of material. Following ref 6, the $V_{50}$ data were compiled to form penetration performance curves. The Grabarek equation uses the $V_{50}$ data to generate an empirical performance model of perforation thickness as a function of velocity and obliquity. The Grabarek equation has historically proven to be a reasonable model within ±10% confidence for projectiles with a length to diameter ratio ≤5 in this velocity regime. Table 1 shows the model's prediction as compared to the actual data points. It should be noted that all predictions are within 10% of the actual data and in terms of predicted thickness versus actual thickness the largest variance was only 0.56 mm. Using the model, new curves can be generated as shown in Figure 3 to show $V_{50}$ as a function of striking obliquity. Table 2 offers a summary of the maximum penetration range for the three plate thicknesses. Table 3 displays a final summary of the predicted results of my analysis of the planned attack.

Table 1. Grabarek predictions

| Obliquity (°) | Actual Thickness (mm) | V50 (m/s) | Calculated Thickness (mm) | Error |
|---|---|---|---|---|
| 0 | 3.35 | 393.78 | 3.07 | -8.27% |
| 0 | 5.94 | 580.31 | 6.42 | 8.11% |
| 0 | 9.53 | 711.98 | 9.47 | -0.60% |
| 0 | 12.47 | 815.3 | 12.26 | -1.72% |
| 30 | 3.35 | 443.16 | 3.34 | -0.16% |
| 30 | 5.94 | 602.26 | 5.99 | 0.88% |
| 30 | 9.53 | 779.64 | 9.79 | 2.71% |
| 45 | 3.35 | 507.77 | 3.56 | 6.19% |
| 45 | 5.97 | 649.19 | 5.68 | -4.94% |
| 60 | 3.35 | 615.67 | 3.66 | 9.37% |
| 60 | 5.97 | 754.65 | 5.39 | -9.64% |



Figure 3. M80 ball data into mild steel with Grabarek equation fit.

Table 2. Maximum Penetration Range

| Plate Thickness (mm) | $V_{50}$ Range of CP (m) @ 0° | $V_{995}$ Range of CP (m) @ 0° |
|---|---|---|
| 8 | 255 | 216 |
| 9.53 | 169 | 130 |
| 12 | 54 | 15 |

Table 3. Summary of Analysis

| Location | Plate Thickness (mm) | Distance (m) | $V_{50}$ | | $V_{995}$ | |
|---|---|---|---|---|---|---|
| | | | Will it perforate? | Max Obliquity (°) | Will it perforate? | Max Obliquity (°) |
| Northwest Substation 1 | 8 | 79 | Yes | 45.0 | Yes | 41.2 |
| Northwest Substation 2 | 8 | 50 | Yes | 47.5 | Yes | 44.1 |
| Granite | 8 | 105 | Yes | 42.5 | Yes | 38.2 |
| Gunpowder | 9.53 | 34 | Yes | 37.8 | Yes | 33.1 |
| NorthEast Unit 1 | 8 | 142 | Yes | 38.4 | Yes | 33.1 |
| NorthEast Unit 2 | 8 | 59 | Yes | 46.7 | Yes | 43.3 |
| Conastone Unit 1 | 12 | 116 | No | N/A | No | N/A |
| Conastone Unit 2 | 12 | 165 | No | N/A | No | N/A |
| Conastone Unit 3 | 12 | 186 | No | N/A | No | N/A |
| Conastone Unit 4 | 12 | 201 | No | N/A | No | N/A |
| Conastone Unit 5 | 12 | 365 | No | N/A | No | N/A |
| Conastone Unit 6 | 12 | 382 | No | N/A | No | N/A |

In summary, I believe with a reasonable degree of scientific certainty that given the attack distances and weapon systems provided the suspect would have successfully perforated any substation transformer with a thickness of 8 mm or 9.53 mm. The 12-mm-thick substation transformer would likely have stopped the M80 bullet at the given attack distances and would only have been perforated if the attacker were able to get significantly closer to the target.

5/6/2024

X _Denver Gallardy_

Denver Gallardy
Team Leader, Tactical Systems Protection Te...
Signed by: GALLARDY.DENVER.B.1367873120