Exhibit 3



# Damage Assessment Report

Patrick Carberry, Senior Manager, Substation Engineering Design and Standards
Baltimore Gas and Electric

## Summary

I was asked to analyze the damage to transformers at five targeted Baltimore Gas and Electric (BGE) substations based upon evidence provided to me by the FBI and contained in the (charging document) that: "evidence indicates that the plan was to attack them all in one day, to "destroy those cores, not just leak the oil…," and that a "good four or five shots through the center of them . . . should make that happen."

I am a Senior Manager in the Substation Engineering Design and Standards department at BGE. I have a Bachelors of Science in Mechanical Engineering from the University of Maryland; a Bachelor's of Science in Physics from Salisbury University, and an Masters in Business Administration, also from the University of Maryland.  I have fifteen years of experience in the utility sector.  In my current position I lead the organization responsible for the engineering, design, and project management of substation projects for BGE.  Transformers are the main component in the power grid distribution systems and are responsible for changing the voltage to enable the efficient delivery of electricity to our customers.
Based upon my understanding of transformers design and function, the penetration or spalling of metal from the transformer tank would result in a failure of the transformer.  Spalling is the fragmentation of metal on the reverse side of a piece of material that is struck by a projectile. A transformer failure would result in a total unit replacement because there is no ability to repair the internal core and components of a transformer.

To complete this review, I gathered data on the transformer tank material and thickness based on the six (6) substation locations provided to me.  Then I reviewed recent transformer procurement bid events to obtain recent market pricing data on the replacement cost of all the units targeted.

This report assessed the estimated damage of twenty (20) transformers located at six (6) substations across the Baltimore Gas and Electric (BGE) service territory.  The estimated replacement costs of the transformers listed in this report were based on recent pricing obtained through a competitive sourcing process with transformer manufacturers for projects requiring similarly specified units.  The estimated costs listed in this report are for the material cost of the transformer only and do not include additional costs that would be incurred during the project to replace a transformer.  Examples of those additional costs are labor for design and engineering (D&E), labor for substation construction (demolition and installation) and other



materials.  The estimated total replacement cost for the twenty transformers at these six (6) substations is $75M.

## Transformer Tank Wall Construction

The thickness, material properties and construction of transformer tanks vary based on each manufacturer's design requirements.  For this reason, a range of specifications are provided below which are considered representative for several types of medium and large power transformers.  These have been applied to each substation in this report based on the type and size of transformers located at that station:

- 0.375" tank wall thickness, A36 grade 50 steel
- 8mm tank wall thickness, s355J2 vlg EN 10025 steel
- 12mm tank wall thickness, SS400 steel



## Transformer Replacement Cost

The costs below represent the current estimated transformer material costs, based on replacing the total quantity of transformers listed at each site.  Note that the installation/project costs are not included.

- **BGE Northeast Substation**
  o  Address: 10218 Bird River Rd, Middle River, MD 21220;
  o  Quantity: 2
  o  Tank Thickness/Material: 8mm/s355J2 vlg EN 10025 steel
  o  Estimated Total Cost: $7.0M
- **BGE Gunpowder Substation**
  o  Address: 3420 Northwind Rd, Parkville, MD 21234;
  o  Quantity: 3
  o  Tank Thickness/Material: 0.375"/A36 grade 50 steel
  o  Estimated Total Cost: $5.0M
- **BGE Granite Substation**
  o  Address: 10227 Old Court Rd, Woodstock, MD 21163;
  o  Quantity: 2
  o  Tank Thickness/Material: 8mm/s355J2 vlg EN 10025 steel
  o  Estimated Total Cost: $7.0M
- **BGE Northwest Substations**
  o  Address: Near/at intersection of Interstate 795 and Cockeys Mill Road, Reisterstown, MD;
  o  Northwest Substation
    ▪  Quantity: 2
    ▪  Tank Thickness/Material: 8mm/s355J2 vlg EN 10025 steel
    ▪  Estimated Total Cost: $7.0M
  o  Northwest #2 Substation
    ▪  Quantity: 2
    ▪  Tank Thickness/Material: 8mm/s355J2 vlg EN 10025 steel
    ▪  Estimated Total Cost: $7.0M
- **BGE Conastone Substation**
  o  Address: 5021 Jolly Acres Rd, White Hall, MD 21161.
  o  Quantity: 7
  o  Transformer Wall Thickness/Material: 12mm/SS400 steel
  o  Estimated Cost: $42.0M

5/7/24