

**U.S. Department of Justice**

*United States Attorney*
*District of Maryland*

| | | |
|---|---|---|
| Kathleen O. Gavin<br>*Assistant United States Attorney*<br>*Chief, National Security and Cybercrime*<br>*Kathleen.Gavin@usdoj.gov* | Suite 400<br><br>36 S. Charles Street<br>Baltimore, MD 21201-3119 | *DIRECT: 410-209-4887*<br><br>*MAIN: 410-209-4800*<br>*FAX: 410-962-3091* |

September 19, 2024

Honorable James K. Bredar
Senior United States District Judge
    for the District of Maryland
100 West Lombard Street
Baltimore, MD 21201
mdd_JKBChambers@mdd.uscourts.gov

                Re: *United States v. Sarah Beth Clendaniel*
                    Criminal No. JKB-23-0056

Dear Judge Bredar:

      I am writing to advise your Honor that defense counsel for Ms. Clendaniel has indicated that the defendant will not contest the government's intended loss calculations at the sentencing hearing next week. Accordingly, the government does not expect to call the three witnesses previously identified in my letter of September 9, 2024.

      I am available at the Court's convenience if further information is required.

                                    Very truly yours,

                                    Erek L. Barron
                                    United States Attorney

                                    Kathleen O. Gavin
                                    Assistant United States Attorney

cc: Sedira Banan, Esquire
    Adam Smith, U.S.P.O.