IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| v. | * | CRIMINAL NO. JKB-23-0056 |
| | * | |
| **BRANDON CLINT RUSSELL,** | * | *Under Seal* |
| | * | |
| **Defendant.** | * | |
| | * | |

\*\*\*\*\*\*\*

## MOTION TO SEAL

The United States of America moves this Honorable Court for an order sealing this Motion Government's Supplemental Motion for Protective Order Regarding Undercover Witnesses because it contains information likely to place government's witnesses at risk of harm.

**WHEREFORE**, the government requests that this Motion and the corresponding Motion be **sealed** until further order of the Court; and that one (1) copy of all signed documents be provided by the Clerk to the United States Attorney's Office.

Respectfully Submitted,

Erek L. Barron
United States Attorney

_____
Michael F. Aubin
Assistant United States Attorney

**ORDERED** as prayed, this \_\_\_\_\_ day of January 2025.

_____
Honorable James K. Bredar
Senior United States District Judge

1