✓ FILED ___ ENTERED
___ LOGGED ___ RECEIVED

12:24 pm, Feb 04 2025
AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY ___R.M.___ Deputy

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

**UNITED STATES OF AMERICA**

v.

**BRANDON CLINT RUSSELL,**

**Defendant.**

Criminal No.   JKB-23-056

## GOVERNMENT'S EXHIBIT LIST

| Exhibit No. | Identification | Admitted | Description |
|---|---|---|---|
| 1 | 1/28/2025 | 1/28/2025 | Stipulation |
| 2-A | 1/28/2025 | 1/28/2025 | Photo Samsung Galaxy Phone-In Evidence Bag |
| 2-B | 1/28/2025 | 1/28/2025 | Photo Samsung Galaxy Phone-Front |
| 2-C | 1/28/2025 | 1/28/2025 | Photo Samsung Galaxy Phone-Back |
| 3 | 1/28/2025 | 1/28/2025 | Photo Gray Maxone Hard Drive |
| 4 | 1/28/2025 | 1/28/2025 | Blue 32GB Easystore USB |
| 5 | 1/28/2025 | 1/28/2025 | Photo Silver HP Laptop |
| 6 | 1/28/2025 | 1/28/2025 | Photo Phone Number Listed for Phone |
| 7 | 1/28/2025 | 1/28/2025 | Photo Raccoondemon999@gmail.com Account |
| 8 | 1/28/2025 | 1/28/2025 | Photo Homunculus-Telegram Info |
| 9 | 1/28/2025 | 1/28/2025 | Photo Drivers License |
| 10 | 1/28/2025 | 1/28/2025 | Photo of Russell in Siege Shirt |
| 11 | 1/28/2025 | 1/28/2025 | Photo Encourage Substation Damage |
| 12 | 1/28/2025 | 1/28/2025 | Make it Count Power Transformer Attacks |
| 13 | 1/28/2025 | 1/28/2025 | Make it Count Urban Camouflage |
| 14 | 1/28/2025 | 1/28/2025 | Make It Count Black Out Sniper |
| 15 | 1/28/2025 | 1/28/2025 | Make It Count Group Chat |
| 16 | 1/28/2025 | 1/28/2025 | We Do a Little Trollin |

| Exhibit No. | Identification | Admitted | Description |
|---|---|---|---|
| 17 | 1/28/2025 | 1/28/2025 | Make it Count Test Draft |
| 18 | 1/28/2025 | 1/28/2025 | Crimepilled Mylar Ballons |
| 19 | 1/28/2025 | 1/28/2025 | Brandon Russell Resume |
| 20 | 1/28/2025 | | Tim Book Edit2 (ID Only) |
| 21 | 1/28/2025 | 1/28/2025 | Excerpt of Tim Book Edit2 |
| 22 | 1/28/2025 | 1/28/2025 | Siege Cover |
| 23 | 1/28/2025 | | SIEGE 5th Edition (ID Only) |
| 23-A | 1/28/2025 | 1/28/2025 | Extract from SIEGE 5th Edition |
| 24 | 1/28/2025 | | American Futurist State Book (ID Only) |
| 24-A | 1/28/2025 | 1/28/2025 | Extract American Futurist State Book |
| 25-A | 1/28/2025 | 1/28/2025 | Extract from GARDEN Metcalf Chapter |
| 25-B | 1/28/2025 | 1/28/2025 | Extract from GARDEN Top 15 and Top 9 Substations |
| 26 | 1/28/2025 | | GARDEN (ID Only) |
| 27 | 1/28/2025 | | Physical Security of the U.S. Power Grid (ID Only) |
| 27-A | 1/28/2025 | 1/28/2025 | Extract from Physical Security of the U.S. Power Grid |
| 28 | 1/28/2025 | 1/28/2025 | MAKE IT COUNT 01 |
| 29 | 1/28/2025 | 1/28/2025 | MAKE IT COUNT 02 |
| 30 | 1/28/2025 | 1/28/2025 | MAKE IT COUNT 03 |
| 31 | 1/28/2025 | 1/28/2025 | MAKE IT COUNT 04 |
| 32 | 1/28/2025 | 1/28/2025 | MAKE IT COUNT 05 |
| 33 | 1/28/2025 | 1/28/2025 | MAKE IT COUNT 06 |
| 34 | 1/28/2025 | 1/28/2025 | MAKE IT COUNT 07 |
| 35 | 1/28/2025 | 1/28/2025 | MAKE IT COUNT 08 |
| 36 | 1/28/2025 | 1/28/2025 | MAKE IT COUNT 09 |
| 37 | 1/28/2025 | 1/28/2025 | MAKE IT COUNT 10 |
| 38 | 1/28/2025 | 1/28/2025 | MAKE IT COUNT 11 |
| 39 | | | MAKE IT COUNT 12 |
| 40 | 1/28/2025 | 1/28/2025 | MAKE IT COUNT 14 |

| Exhibit No. | Identification | Admitted | Description |
|---|---|---|---|
| 41 | 1/28/2025 | 1/28/2025 | Photo of Ukraine Power Tweet |
| 42 | 1/28/2025 | 1/28/2025 | Photo of Nebraska Infrastructure Warning |
| 43 | 1/28/2025 | 1/28/2025 | Photo of Youtube 2003 Blackout |
| 44 | 1/28/2025 | 1/28/2025 | Photo of Youtube Substations |
| 45 | 1/28/2025 | 1/28/2025 | Photo of Substation |
| 46 | 1/28/2025 | 1/28/2025 | Overhead Photo of Substation |
| 47 | 1/28/2025 | 1/28/2025 | Photo of Transformer |
| 48 | 1/28/2025 | 1/28/2025 | Photo re Infrastructure Attack Goals |
| 49 | 1/28/2025 | 1/28/2025 | Photo of Transformer Fire |
| 50 | 1/28/2025 | 1/28/2025 | Photo of Video Game Transformer Fire |
| 51 | 1/28/2025 | 1/28/2025 | Path to Sainthood Graphic |
| 52 | 1/28/2025 | 1/28/2025 | Sainthood Tier Graphic |
| 53 | 1/28/2025 | 1/28/2025 | Openinframap Graphic |
| 54 | 1/28/2025 | 1/28/2025 | Ouroboros Graphic |
| 55 | 1/28/2025 |  | Autobiography 2 (ID Only) |
| 55-A | 1/28/2025 | 1/28/2025 | Excerpt Autobiography 2 |
| 56 | 1/28/2025 | 1/28/2025 | Russell and Clendaniel |
| 57 | 1/28/2025 | 1/28/2025 | Russell and Clendaniel Salute |
| 58 | 1/28/2025 | 1/28/2025 | Russell and Clendaniel Hands On Siege |
| 59 | 1/28/2025 | 1/28/2025 | Russell Posing |
| 60 | 1/28/2025 | 1/28/2025 | Sniper Drawing |
| 61 | 1/28/2025 | 1/28/2025 | Sniper Drawing 2 |
| 62 | 1/28/2025 | 1/28/2025 | Photo of Transformer 1 |
| 63 | 1/28/2025 | 1/28/2025 | Photo of Transformer 2 |
| 64 | 1/28/2025 | 1/28/2025 | Substation Aerial Photo 1 |
| 65 | 1/28/2025 | 1/28/2025 | Substation Aerial Photo 2 |
| 66 | 1/28/2025 | 1/28/2025 | Substation Aerial Photo 3 |
| 67 | 1/28/2025 | 1/28/2025 | Substation Aerial Photo 4 |

| Exhibit No. | Identification | Admitted | Description |
|---|---|---|---|
| 68 | 1/28/2025 | 1/28/2025 | Substation Aerial Photo 5 |
| 69 | 1/28/2025 | 1/28/2025 | Substation Aerial Photo 6 |
| 70 | 1/28/2025 | 1/28/2025 | Substation Aerial Photo 7 |
| 71 | 1/28/2025 | 1/28/2025 | Substation Aerial Photo 8 |
| 72 | 1/28/2025 | 1/28/2025 | Substation Aerial Photo 9 |
| 73 | 1/28/2025 | 1/28/2025 | Substation Aerial Photo 10 |
| 74 | 1/28/2025 | 1/28/2025 | Substation Aerial Photo 11 |
| 75 | 1/28/2025 | 1/28/2025 | Substation Aerial Photo 12 |
| 76 | 1/28/2025 | 1/28/2025 | Substation Aerial Photo 13 |
| 77 | 1/28/2025 | 1/28/2025 | Substation Aerial Photo 14 |
| 78 | 1/28/2025 | 1/28/2025 | Substation Aerial Photo 15 |
| 80 | 1/28/2025 | 1/28/2025 | Photo from 1B80 |
| 101 | 1/29/2025 | 1/29/2025 | Homunculus Posting Make it Count |
| 102 | 1/29/2025 | 1/29/2025 | Make It Count in Chat |
| 103 | 1/29/2025 | 1/29/2025 | Homunulus Quote re Substations |
| 104 | 1/29/2025 | 1/29/2025 | Promoting Make It Count |
| 105 | 1/29/2025 | 1/29/2025 | Make it Count on pol |
| 106 | 1/29/2025 | 1/29/2025 | Homunculus Says BR is AWD |
| 107 | 1/29/2025 | 1/29/2025 | Homunculus Wishes BR Happy Birthday |
| 108 | 1/29/2025 | 1/29/2025 | Homunculus Added Back |
| 109 | 1/29/2025 | 1/29/2025 | BR Added Back as Raccoon Openinframap |
| 110 | 1/29/2025 | 1/29/2025 | Ourob0rus Openinframap and Cascading Failure |
| 111 | 1/29/2025 | 1/29/2025 | Ourob0rus re Cascading Failure |
| 112 | 1/29/2025 | 1/29/2025 | Ourob0rus and CHS 1 Mylar 1 |
| 113 | 1/29/2025 | 1/29/2025 | Ourob0rus and CHS 1 Mylar 2 and Holes in Transformers |
| 114 | 1/29/2025 | 1/29/2025 | Ourob0rus and CHS 1 Scouting Substations |
| 115 | 1/29/2025 | 1/29/2025 | Ourob0rus and CHS 1 Halloween for Timing |
| 116 | 1/29/2025 | 1/29/2025 | Ourob0rus post Openinframap |

| Exhibit No. | Identification | Admitted | Description |
|---|---|---|---|
| 117 | 1/29/2025 | 1/29/2025 | Ourob0rus and CHS 1 Cascading Failure |
| 118 | 1/29/2025 | 1/29/2025 | Ourob0rus and CHS 1 Convo re Maryland plot 1 |
| 119 | 1/29/2025 | 1/29/2025 | Ourob0rus and CHS 1 Convo re Maryland plot 2 |
| 120 | 1/29/2025 | 1/29/2025 | Ourob0rus and CHS 1 Convo re Maryland plot 3 |
| 121 | | | Ourob0rus and CHS 1 13 Minute Call Convo |
| 122 | 1/29/2025 | 1/29/2025 | Ourob0rus Call Jan 19 2023 |
| 122-A | | | Transcript B Russell Call Jan 19 2023 (ID Only) |
| 123 | 1/29/2025 | 1/29/2025 | Homunculus and CHS 1 Name Switched to Homunculus |
| 124 | 1/29/2025 | 1/29/2025 | Homunculus and CHS 1 Gun Printing and .308 Rounds |
| 125 | 1/29/2025 | 1/29/2025 | Homunculus and CHS 1 Sort Out Location |
| 126 | 1/29/2025 | 1/29/2025 | Cat Enjoyers Anonymous Site re Substation Attacks |
| 127 | 1/29/2025 | 1/29/2025 | Homunculus and CHS 1 Grid v. Gunfire Video and clears chat |
| 128 | 1/29/2025 | 1/29/2025 | Nythra88 and CHS 1 Display Name and ID |
| 129 | 1/29/2025 | 1/29/2025 | Nythra88 and CHS 1 Begin Convo |
| 130 | 1/29/2025 | 1/29/2025 | Nythra88 and CHS 1 Talk Guns and Download Wire |
| 131 | 1/29/2025 | 1/29/2025 | Wire Username Screenshot Kali |
| 132 | 1/29/2025 | 1/29/2025 | Wire Kali and CHS 1 Talk Voice Call |
| 133 | 1/29/2025 | 1/29/2025 | Telegram Nythra88 and CHS 1 Coordinating Call |
| 134 | 1/29/2025 | 1/29/2025 | Wire Kali and CHS 1 Gun Parts Link 1 |
| 135 | 1/29/2025 | 1/29/2025 | Telegram Nythra88 and CHS 1 Coordinating Call 2 |
| 136-A | 1/29/2025 | 1/29/2025 | Nyathra88 1 Call Jan 18 2023 Clip One |
| 136-B | 1/29/2025 | 1/29/2025 | Nyathra88 1 Call Jan 18 2023 Clip Two |
| 137 | 1/29/2025 | 1/29/2025 | Nythra88 Call 2 Jan 18 2023 |
| 137-A | | | Combined Transcript Nyathra88 Calls Jan 18 2023 (ID Only) |
| 138 | 1/29/2025 | 1/29/2025 | Wire Kali and CHS 1 Guns .308 and 9mm |
| 139 | 1/29/2025 | 1/29/2025 | Wire Kali and CHS 1 Knowledge of Guns re Maryland |
| 140 | 1/29/2025 | 1/29/2025 | Wire Kali and CHS 1 Gun Parts Link 2 |
| 141-A | | | Transcript Nythra88 Call Jan 24 2023 (ID Only) |

| Exhibit No. | Identification | Admitted | Description |
|---|---|---|---|
| 141-B | 1/29/2025 | 1/29/2025 | Nythra88 Call Jan 24 2023 Clip One |
| 141-C | 1/29/2025 | 1/29/2025 | Nythra88 Call Jan 24 2023 Clip Two |
| 141-D | 1/29/2025 | 1/29/2025 | Nythra88 Call Jan 24 2023 Clip Three |
| 141-E | 1/29/2025 | 1/29/2025 | Nythra88 Call Jan 24 2023 Clip Four |
| 141-F | 1/29/2025 | 1/29/2025 | Nythra88 Call Jan 24 2023 Clip Five |
| 141-G | 1/29/2025 | 1/29/2025 | Nythra88 Call Jan 24 2023 Clip Six |
| 141-H | 1/29/2025 | 1/29/2025 | Nythra88 Call Jan 24 2023 Clip Six |
| 142 | 1/29/2025 | 1/29/2025 | Wire Kali and CHS 1 Openinframap |
| 143 | 1/29/2025 | 1/29/2025 | Wire Kali and CHS 1 OPSEC and Specific Openinframap |
| 144 | 1/29/2025 | 1/29/2025 | Nythra Call Jan 29 2023 |
| 144-A | | | Transcript Nythra Call Jan 29 2023 (ID Only) |
| 144-B | 1/29/2025 | 1/29/2025 | Nythra Call Jan 29 2023 Clip Two |
| 200 | | | Gallardy Terminal Ballistics Report USA 11591 |
| 200-A | 1/30/2025 | 1/30/2025 | Gallardy Fig. 2 M80 v. Mild Steel Profile Demonstrative |
| 200-B | 1/30/2025 | 1/30/2025 | Gallardy Fig. 1 Obliquity Demonstrative |
| 200-C | 1/30/2025 | 1/30/2025 | Gallardy Table 3 Summary Table Demonstrative |
| 201 | | | Gallardy - Resume 4-2024 |
| 300 | 1/30/2025 | 1/30/2025 | April Chat Ouroborus OCE |
| 301-A | 1/30/2025 | 1/30/2025 | June Bismarck Group Chat |
| 301-B | 1/30/2025 | 1/30/2025 | June Group Chat Inframap |
| 302 | 1/30/2025 | 1/30/2025 | July Chat Homunculus OCE 3D |
| 303 | 1/30/2025 | 1/30/2025 | 3D Printing Article |
| 304-A | | | July Chat Raccoon Add RWBC |
| 304-B | | | July Chat Raccoon OCE 3D |
| 305 | 1/30/2025 | 1/30/2025 | August Chat Ouroborus OCE |
| 306 | 1/30/2025 | 1/30/2025 | August Chat Ourob0rus OCE |
| 307 | 1/30/2025 | 1/30/2025 | December Group Chat Project |
| 308 | 1/30/2025 | | Call OCE Russell Video |

| Exhibit No. | Identification | Admitted | Description |
|---|---|---|---|
| 308-A | 1/30/2025 | 1/30/2025 | Excerpt Start 0:00 End 00:53 |
| 308-B | 1/30/2025 | 1/30/2025 | Excerpt Start 02:16 End 02:40 |
| 308-C | 1/30/2025 | 1/30/2025 | Excerpt Start 05:50 End 06:16 |
| 308-D | 1/30/2025 | 1/30/2025 | Excerpt Start 06:37 End 07:10 |
| 308-E | 1/30/2025 | 1/30/2025 | Excerpt Start 08:36 End 08:56 |
| 308-F | 1/30/2025 | 1/30/2025 | Excerpt Start 09:19 End 09:33 |
| 308-G | 1/30/2025 | 1/30/2025 | Excerpt Start 13:28 End 14:07 |
| 308-H | 1/30/2025 | 1/30/2025 | Excerpt Start 14:59 End 15:10 |
| 308-I | 1/30/2025 | 1/30/2025 | Excerpt Start 17:30 End 17:55 |
| 308-J | 1/30/2025 | 1/30/2025 | Excerpt Start 18:09 End 18:22 |
| 308-K | | | Excerpt Start 18:28 End 19:03 |
| 401 | 2/3/2025 | 2/3/2025 | Swastika Paper Weight |
| 401-A | 2/3/2025 | 2/3/2025 | Swastika Paper Weight – Physical |
| 402 | 2/3/2025 | 2/3/2025 | O9A Necklace and Swastika Pendant |
| 402-A | 2/3/2025 | 2/3/2025 | O9A Necklace and Swastika - Physical |
| 403 | 2/3/2025 | 2/3/2025 | Swastika Necklace |
| 404 | 2/3/2025 | 2/3/2025 | Swastika Necklace Physical |
| 405 | 2/3/2025 | 2/3/2025 | Assorted Swastikas |
| 405-A | 2/3/2025 | 2/3/2025 | Assorted Swastikas Physical |
| 406 | 2/3/2025 | | Autobiography Handwritten |
| 407 | 2/3/2025 | 2/3/2025 | Autobiography Handwritten Page 1 Photo |
| 407-A | | | Autobiography Handwritten Page 1 Physical Exhibit |
| 409 | 2/3/2025 | 2/3/2025 | Autobiography Handwritten Page 3 |
| 410 | 2/3/2025 | 2/3/2025 | Furry Event Registration Photo |
| 410-A | | | Furry Event Registration Physical Exhibit |
| 411 | 2/3/2025 | 2/3/2025 | Tattoo Ideas Photo |
| 411-A | 2/3/2025 | 2/3/2025 | Tattoo Ideas Physical Exhibit |
| 412 | | | Autobiography 2 Handwritten Physical Exhibit |

| Exhibit No. | Identification | Admitted | Description |
|---|---|---|---|
| 413 | 2/3/2025 | 2/3/2025 | Be a Man Drawing |
| 413-A | | | Be a Man Drawing Physical |
| 414 | 2/3/2025 | 2/3/2025 | Kali Drawing |
| 414-A | | | Kali Drawing Physical |
| 415 | 2/3/2025 | 2/3/2025 | Kali Drawing Inspiration |
| 415-A | | | Kali Drawing Inspiration Color Photo |
| 415-B | | | Kali Drawing Inspiration Physical |
| 416 | 2/3/2025 | 2/3/2025 | Kali Drawing 2 |
| 416-A | | | Kali Drawing 2 Physical |
| 417 | | | Raccoon Stuffed Animal |
| 418 | 2/3/2025 | 2/3/2025 | Raccoon Stuffed Animal 2 |
| 418-A | 2/3/2025 | 2/3/2025 | Raccoon Stuffed Animal 2 Physical |
| 419 | | | Raccoon Street Sign Photo |
| 419-A | | | Raccoon Street Sign Physical Exhibit |
| 420 | 2/3/2025 | 2/3/2025 | Brandon Russell Self Portrait |
| 420-A | | | Brandon Russell Self Portrait Physical |
| 421 | 2/3/2025 | 2/3/2025 | Brandon Russell Self Portrait 2 |
| 421-A | | | Brandon Russell Self Portrait 2 Physical |
| 422 | 2/3/2025 | 2/3/2025 | Ouroborus Drawing |
| 422-A | | | Ouroborus Drawing Physical |
| 423 | 2/3/2025 | 2/3/2025 | Assorted Items on Bed |
| 423-A | 2/3/2025 | 2/3/2025 | Assorted Items on Bed Physical 1 |
| 423-B | 2/3/2025 | 2/3/2025 | Assorted Items on Bed Physical 2 |
| 424 | 2/3/2025 | 2/3/2025 | AWD Pendants |
| 424-A | 2/3/2025 | 2/3/2025 | AWD Pendants Physical |
| 424-B | 2/3/2025 | 2/3/2025 | AWD Pendants Physical 2 |
| 424-C | 2/3/2025 | 2/3/2025 | AWD Pendants Physical 3 |
| 425 | 2/3/2025 | 2/3/2025 | Raccoon Paraphernalia |

| Exhibit No. | Identification | Admitted | Description |
|---|---|---|---|
| 425-A | 2/3/2025 | 2/3/2025 | Raccoon Paraphernalia Physical |
| 426 | 2/3/2025 | 2/3/2025 | Hitler DVDs Front |
| 426-A | 2/3/2025 | 2/3/2025 | Hitler DVDs Front Physical |
| 427 | | | Hitler DVDs Back |
| 428 | 2/3/2025 | 2/3/2025 | Drawing of Charles Manson |
| 429 | 2/3/2025 | 2/3/2025 | Drawing of Older James Mason |
| 430 | 2/3/2025 | 2/3/2025 | Drawing of Younger James Mason |
| 431 | 2/3/2025 | 2/3/2025 | Drawing of WWII Era Soldiers |
| 432 | 2/3/2025 | 2/3/2025 | Drawing of George Lincoln Rockwell |
| 433 | 2/3/2025 | 2/3/2025 | Drawing of "Sniper We Need You" |
| 434 | 2/3/2025 | 2/3/2025 | Drawing of "It's Beautiful Man" |
| 435 | 2/3/2025 | 2/3/2025 | Drawing of "Sniper We Need You" 2 |
| 436 | | | Sonnenrad Necklace |
| 501 | 2/3/2025 | 2/3/2025 | SW Photo Entry Way |
| 502 | 2/3/2025 | 2/3/2025 | SW Photo Interior |
| 503 | 2/3/2025 | 2/3/2025 | SW Photo Interior Right |
| 504 | 2/3/2025 | 2/3/2025 | SW Photo Interior Right 2 |
| 505 | 2/3/2025 | 2/3/2025 | SW Photo Closet |
| 506 | 2/3/2025 | 2/3/2025 | SW Photo Middle of Room |
| 507 | 2/3/2025 | 2/3/2025 | SW Photo Facing Exterior Door |
| 508 | | | SW Photo Closet 2 |
| 509 | 2/3/2025 | 2/3/2025 | SW Photo Outward Facing Closet |
| 510 | | | SW Photo Outward Facing Closet 2 |
| 511 | | | SW Photo Outward Facing Closet 3 |
| 512 | | | SW Photo Facing Exterior Door |
| 513 | | | SW Photo Facing Exterior Door 2 |
| 514 | 2/3/2025 | 2/3/2025 | SW Photo Facing Middle Room |
| 515 | | | SW Photo Facing Window |

| Exhibit No. | Identification | Admitted | Description |
|---|---|---|---|
| 516 | | | SW Photo Facing Window 2 |
| 517 | | | SW Photo Middle of Room 2 |
| 518 | 2/3/2025 | 2/3/2025 | SW Photo Harassment Architecture |
| 518-A | 2/3/2025 | 2/3/2025 | SW Photo Harassment Architecture Physical |
| 519 | 2/3/2025 | 2/3/2025 | SW Photo Raccoon Drawing |
| 520 | 2/3/2025 | 2/3/2025 | SW Photo Bookshelf |
| 521 | 2/3/2025 | 2/3/2025 | SW Photo Book Spread |
| 521-A | 2/3/2025 | 2/3/2025 | Iron March Book |
| 521-B | 2/3/2025 | 2/3/2025 | The Futurist State Book |
| 521-C | 2/3/2025 | 2/3/2025 | Industrial Society and Its Future (ISAIF) Book |
| 521-D | 2/3/2025 | 2/3/2025 | Siege Book – Physical |
| 521-E | 2/3/2025 | 2/3/2025 | The Movementarian Menace Book – Physical |
| 521-F | 2/3/2025 | 2/3/2025 | A Squire's Trial Book – Physical |
| 521-G | 2/3/2025 | 2/3/2025 | The Golden Thread: Esoteric Hitlerism Book – Physical |
| 522 | | | AWD Documents |
| 523 | | | AWD Document Separated |
| 524 | 2/3/2025 | 2/3/2025 | BR Birth Certificate |
| 526 | 2/3/2025 | 2/3/2025 | The Lightning and the Sun Book – Physical |
| 601 | 1/30/2025 | 1/30/2025 | Photo Lights Out Comment |
| 602 | 1/30/2025 | 1/30/2025 | Eco Trollin |
| 700 | | | Full Samsung Cellebrite for ID Only |
| 700-A | 1/30/2025 | 1/30/2025 | Cellebrite Report of Clendaniel and CHS1 Texts |
| 700-B | 1/30/2025 | 1/30/2025 | Cellebrite Report Nythra88 Homunculus |
| 700-C | 1/30/2025 | 1/30/2025 | Cellebrite Report Select Web History 11.23.2022 to 12.26.2022 |
| 700-D | | | Cellebrite Report Documents on Clendaniel Phone |
| 700-E | | | Certificate of Authenticity 1B/QBA3 Identification Only |
| 700-F | 1/30/2025 | 1/30/2025 | Trinity SBC Chat 12.16.2022 Initial Call to JLowes |
| 700-G | | | Trinity SBC Chat 12.16.2022 Discussion After JLowes Call |

| Exhibit No. | Identification | Admitted | Description |
|---|---|---|---|
| 700-H | | | Trinity SBC Chat 12.22.2022 Rifle Is In |
| 700-I | | | Trinity SBC Chat 12.24.2022 Christmas Eve |
| 700-J | | | Trinity SBC Chat 12.27.2022 Pickup |
| 700-K | | | Trinity SBC Chat 12.30.2022 |
| 700-L | 1/30/2025 | 1/30/2025 | Trinity SBC Chat 1.3.2023 to 1.5.2023 No Go |
| 701-A | 1/30/2025 | 1/30/2025 | Photo Gun Suggestions |
| 701-B | 1/30/2025 | 1/30/2025 | Photo Gun Suggestions |
| 701-C | 1/30/2025 | 1/30/2025 | Photo Gun Suggestions |
| 701-D | 1/30/2025 | 1/30/2025 | Photo Gun Suggestions |
| 701-E | 1/30/2025 | 1/30/2025 | Photo Gun Suggestions |
| 701-F | 1/30/2025 | 1/30/2025 | Photo Gun Suggestions |
| 701-G | 1/30/2025 | 1/30/2025 | Photo Gun Suggestions |
| 702-A | | | Photo Contacts |
| 702-B | | | Photo Contacts |
| 702-C | | | Photo Contacts |
| 702-D | | | Photo Settings Page |
| 702-E | | | Photo Telegram Info |
| 703-A | 1/30/2025 | 1/30/2025 | Photo Locations |
| 703-B | 1/30/2025 | 1/30/2025 | Photo Locations |
| 703-C | 1/30/2025 | 1/30/2025 | Photo Locations |
| 703-D | 1/30/2025 | 1/30/2025 | Photo Locations |
| 703-E | 1/30/2025 | 1/30/2025 | Photo Locations |
| 703-F | 1/30/2025 | 1/30/2025 | Photo Locations |
| 703-G | 1/30/2025 | 1/30/2025 | Photo Locations |
| 704 | 1/30/2025 | 1/30/2025 | Photos Texts Clendaniel CHS1 |
| 705 | | | Pages from 700-B Cellebrite Report |
| 706 | | | Photo from 700 Shotgun |
| 707 | 1/30/2025 | 1/30/2025 | IMG 20221122_225634 Vest |

| Exhibit No. | Identification | Admitted | Description |
|---|---|---|---|
| 708 | 1/30/2025 | 1/30/2025 | IMG 20221216_190951 Vest |
| 709-A | | | Photo 20221224_051521 |
| 709-B | | | Photo 20221224_051540 |
| 710 | | | Photo Ouroborus Swastika_20221125_001556 |
| 711-A | 1/30/2025 | 1/30/2025 | IMG_20221125_001556 |
| 711-B | 1/30/2025 | 1/30/2025 | IMG_20221125_1832 |
| 711-C | 1/30/2025 | 1/30/2025 | IMG_20221125_1847 |
| 711-D | 1/30/2025 | 1/30/2025 | IMG_20221125_234340 |
| 712-A | | | IMG_20221216_144306 |
| 712-B | | | IMG_20221216_144402 |
| 713 | 1/30/2025 | 1/30/2025 | Screenshot_20221208_Chrome |
| 714 | 1/30/2025 | 1/30/2025 | Screenshot_20230129_Telegram |
| 715 | | | Image Oroborous |
| 716 | | | T.Burns Measurement Report Northwest Granite Gunpowder |
| 717 | | | T.Burns Measurement Report Northeast Conastone |
| 800 | 1/29/2025 | 1/29/2025 | Photo Entrance to Bedroom |
| 801 | 1/29/2025 | 1/29/2025 | Photo Long Shot of Bedroom |
| 802 | 1/29/2025 | 1/29/2025 | Photo Long Shot of Bed |
| 803 | 1/29/2025 | 1/29/2025 | Photo Long Shot of Bed Reverse Angle |
| 804 | 1/29/2025 | 1/29/2025 | Photo Top of Dresser |
| 805 | 1/29/2025 | 1/29/2025 | Photo Floor with Bag on Foreground |
| 805-A | 1/29/2025 | 1/29/2025 | Physical Brown Tactical Bag |
| 806 | 1/29/2025 | 1/29/2025 | Photo Shotgun in Case |
| 807 | 1/29/2025 | 1/29/2025 | Photo Shotgun Stood on End |
| 807-A | 1/30/2025 | 1/30/2025 | Physical Semi-Automatic 12 Gauge Serial KRC003624 |
| 807-B | 1/30/2025 | 1/30/2025 | Physical Empty Magazine |
| 808 | 1/29/2025 | 1/29/2025 | Photo Firearm with Case |
| 809 | 1/29/2025 | 1/29/2025 | Photo Firearm with Case |

| Exhibit No. | Identification | Admitted | Description |
|---|---|---|---|
| 809-A | 1/30/2025 | 1/30/2025 | Gray Glock-like P80 9mm Pistol with Black Slide |
| 810 | 1/29/2025 | 1/29/2025 | Photo Nazi Flag in Closet |
| 811 | 1/29/2025 | 1/29/2025 | Photo Phone on Bed |
| 811-A | 1/30/2025 | 1/30/2025 | Black Samsung IMEI Ending 04287 Item 3 |
| 812 | 1/29/2025 | 1/29/2025 | Photo Various Tactical Gear |
| 813 | 1/29/2025 | 1/29/2025 | Photo Yakeda Harness |
| 814 | 1/29/2025 | 1/29/2025 | Photo Firearm Part in Drawer |
| 815 | 1/29/2025 | 1/29/2025 | Photo Firearm Part in Dresser |
| 815-A | 1/29/2025 | 1/29/2025 | Physical Black Glock-like Slide with Barrel |
| 816 | 1/29/2025 | 1/29/2025 | Photo Holsters and Magazines |
| 816-A | 1/29/2025 | 1/29/2025 | Physical Plastic Bag Containing Pistol Holster and Magazines |
| 817 | 1/29/2025 | 1/29/2025 | Photo Pistol Brace |
| 818 | 1/29/2025 | 1/29/2025 | Photo Harness Tactical Vest |
| 819 | 1/29/2025 | 1/29/2025 | Photo Polymer80 Kits in Box |
| 819-A | 1/29/2025 | 1/29/2025 | Physical Two P80 Kits |
| 820 | 1/29/2025 | 1/29/2025 | Photo Rifle Butts |
| 821 | 1/29/2025 | 1/29/2025 | Photo Big Plastic Box of Ammo |
| 822 | 1/29/2025 | 1/29/2025 | Photo Some Contents of Big Box |
| 823 | 1/29/2025 | 1/29/2025 | Photo Loose Bullets Labeled Box |
| 824 | 1/29/2025 | 1/29/2025 | Photo Foregrip |
| 824-A | 1/29/2025 | 1/29/2025 | Physical Black Vertical Foregrip with Bipod |
| 825 | 1/29/2025 | 1/29/2025 | Photo Loaded 7.62mm Mags in Tactical Bag |
| 826 | 1/29/2025 | 1/29/2025 | Photo Practical Shooting Training |
| 827 | 1/29/2025 | 1/29/2025 | Photo Drop Leg Holster |
| 828 | | | Photo Purple Curtains Around Window |
| 829 | | | Photo Mail to Clendaniel |
| 830 | 1/29/2025 | 1/29/2025 | Photo of Ritual Poster37 |
| 831 | 1/29/2025 | 1/29/2025 | Photo 7.62mm Ammo Can Item 18 |

| Exhibit No. | Identification | Admitted | Description |
|---|---|---|---|
| 831-A | 1/29/2025 | 1/29/2025 | Photo Top Open Ammo Can |
| 831-B | 1/29/2025 | 1/29/2025 | Photo Contents Ammo Can Item 18 |
| 831-C | 1/29/2025 | 1/29/2025 | Photo Fire Storm Ammunition |
| 831-D | 1/29/2025 | 1/29/2025 | Photo Firestorm Insert |
| 831-E | | | Photo 7.62 Rounds |
| 831-F | 1/29/2025 | 1/29/2025 | Photo Detail 7.62mm Round |
| 831-G | 1/29/2025 | 1/29/2025 | Winchester 7.62mm Rounds |
| 831-H | 1/29/2025 | 1/29/2025 | Photo Boxes 7.62mm M80 Ball |
| 831-I | 1/29/2025 | 1/29/2025 | Photo 7.62mm M80 Ball Rounds |
| 832 | 1/29/2025 | 1/29/2025 | Photo Plastic Bin Item 19 |
| 832-A | 1/29/2025 | 1/29/2025 | Photo Plastic Bin Item 19 Top |
| 832-B | 1/29/2025 | 1/29/2025 | Plastic Bin with Lid Off |
| 832-C | 1/29/2025 | 1/29/2025 | Plastic Bin Contents |
| 832-D | 1/29/2025 | 1/29/2025 | Photo Loose Rounds in Plastic |
| 832-E | 1/29/2025 | 1/29/2025 | Photo Top View 11 Boxes 7.62mm M80 |
| 832-F | 1/29/2025 | 1/29/2025 | Photo Four Plus Partial Box 7.62mm |
| 832-G | 1/29/2025 | 1/29/2025 | Photo Detail Green Box 7.62mm |
| 833 | 1/29/2025 | 1/29/2025 | Photo Box 7.62mm Item 21 |
| 833-A | 1/29/2025 | 1/29/2025 | Photo Loose 7.62mm Rounds |
| 834 | 1/29/2025 | 1/29/2025 | Photo Evidence Bag Item 22 |
| 834-A | 1/29/2025 | 1/29/2025 | Photo Folgers Tub |
| 834-B | 1/29/2025 | 1/29/2025 | Photo Detail One 7.62mm and Shotgun Ammo |
| 835 | 1/29/2025 | 1/29/2025 | Photo Brown Tactical Bag Item 24 |
| 835-A | 1/29/2025 | 1/29/2025 | Photo Brown Bag Top |
| 835-B | 1/29/2025 | 1/29/2025 | Photo Brown Tactical Bag Open |
| 835-C | 1/29/2025 | 1/29/2025 | Photo Detail Item 24 Tag |
| 835-D | 1/29/2025 | 1/29/2025 | Photo Brown Bag Contents Display |
| 835-E | 1/29/2025 | 1/29/2025 | Photo Green 7.62mm Box |

| Exhibit No. | Identification | Admitted | Description |
|---|---|---|---|
| 835-F | 1/29/2025 | 1/29/2025 | Photo Detail Green 7.62mm Box |
| 835-G | 1/29/2025 | 1/29/2025 | Photo Loose Rounds with Camo Bag |
| 835-H | 1/29/2025 | 1/29/2025 | Photo Four Loaded One Empty Magazine |
| 835-I | 1/29/2025 | 1/29/2025 | Photo White 7.62mm M80 Box |
| 835-J | 1/29/2025 | 1/29/2025 | Photo Top Open White Box |
| 836 | 1/29/2025 | 1/29/2025 | Physical EOTech Holographic Sight |
| 1001 | 1/30/2025 | 1/30/2025 | Metcalf Reference |
| 1002 | 1/30/2025 | 1/30/2025 | Flow Chart |
| 1100 | | | Perliger Expert Report |
| 1101 | | | Perliger - CV. June 2024 |
| 1102 | | | Carberry BGE Damage Report |
| 1103 | | | Carberry Resume |
| | | | |

ExhibitList (06/2016)