IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA,

CASE NO.: 1:23-CR-00056-JKB

vs.

BRANDON CLINT RUSSELL,

_____/

## ORDER ON BRANDON RUSSELL'S UNOPPOSED
## MOTION TO CONTINUE SENTENCING HEARING

THIS CAUSE having come before the Court pursuant to Brandon Russell's Unopposed Motion to Continue Sentencing Hearing, the Court having been apprised of the reason for the requested continuance, and the Government having no objection to the motion, it is hereby

ORDERED AND ADJUDGED that the sentencing hearing currently scheduled for June 17, 2025 is cancelled, and this matter is rescheduled for sentencing on __August 7__, 2025 at __1__ a.m./p.m.

DONE AND ORDERED at Baltimore, Maryland this __6__ day of May, 2025.

JAMES K. BREDAR
United States District Judge

COPIES FURNISHED TO:
Counsel of Record