Gina Knowles
PO Box SS 6079
Nassau, Bahamas
Cekglk@hotmail.com
1-242-376-0696
16 July, 2025

The Honorable Judge James K Bredar

RE: Character Reference for Brandon Russell

Dear Judge Bredar,

My name is Gina Leigh Knowles, and I am Brandon's godmother. I have known Brandon for his entire life. I am writing to provide insight into Brandon's character in hopes that it may assist the court in its decision.

I have known Brandon to be hardworking, intelligent and very loving and kind to his family and loved ones. He was born to a single mom who did her absolute best to raise him with constant and consistent help from her parents (his grandparents). He was raised in a very loving home despite the difficulties faced being raised by a single mom. His dad was in and out of his life and they had a tough relationship. Brandon also was diagnosed with ADHD and he had struggled at times, he also had a therapist that helped him.

Brandon has always been very loving throughout his childhood and even as an adult he is always loving and caring to me and others. One example is as a child; I am not sure the grade he was in but he at one point was the only one who befriended a kid that had special needs and made sure he had a friend. This wasn't a one-time thing either, he seemed to like to help and had compassion for others. He also was an amazing older brother to his little brother Hunter and a good "cousin" to my boys. These things are who he is and somewhere along the way through different trials and traumatic events he seemed to lose his way. He spent 5 years in Federal Prison, and I feel he didn't get the help he needed to deal with the trauma from what ended him there to begin with.

I respectfully ask that you consider a fair and just decision based on the circumstances and Brandon's character. I understand the seriousness of the charges he faces, and I just wanted to give you a bit more insight into his character. I believe that Brandon is capable of learning from this and having positive change with the right help to guide him to become a productive member of society if given the opportunity to turn his life around.  Thank you for your time and consideration.

Sincerely,

Gina L Knowles